CTN 14, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Case Number: 08 CV 5458 (GEL)
NICOLE IMBEAULT, ON BEHALF OF HERSELF,
ALL OTHERS SIMILARLY SITUATED, AND THE
PROPOSED NEW YORK RULE 23 CLASS,   **STIPULATION EXTENDING
TIME TO ANSWER**

   Plaintiffs,

 -against-

RICK'S CABARET INTERNATIONAL INC., and
RCI ENTERTAINMENT (NEW YORK) INC.,

   Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

  IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff, NICOLE IMBEAULT, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED, AND THE PROPOSED NEW YORK RULE 23 CLASS, and defendants, RICK'S CABARET INTERNATIONAL INC., and RCI ENTERTAINMENT (NEW YORK) INC, that the defendants' time to answer and/or otherwise respond to the Complaint in the above referenced action is extended to July 28, 2008; and

  IT IS FURTHER STIPULATED AND AGREED, that for purposes of this Stipulation, facsimile signatures shall operate with the same force and effect as original signatures.

Dated: New York, New York
   July 15, 2008

*(2680-002) Doc# 17*

NICHOLS KASTER & ANDERSON, PLLP

By: _____
DONALD H. NICHOLS, Esq.
PAUL J. LUKAS, Esq.
STEVEN ANDREW SMITH, Esq.
MICHELE R. RISHER, Esq.
E. MICHELLE DRAKE, Esq.
(612) 256-3200
Nichols Kaster & Anderson, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
*Attorneys for Plaintiffs*

MEISTER SEELIG & FEIN LLP

By: _____
JEFFREY A. KIMMEL, Esq.
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, New York 10017
(212) 655-3500
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

7/24/08