LYN 45,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case Number: 08 CV 5458 (GEL)
NICOLE IMBEAULT, ON BEHALF OF HERSELF,
ALL OTHERS SIMILARLY SITUATED, AND THE
PROPOSED NEW YORK RULE 23 CLASS,              STIPULATION EXTENDING
                                                                                       TIME TO ANSWER
                    Plaintiffs,

        -against-

RICK'S CABARET INTERNATIONAL INC., and
RCI ENTERTAINMENT (NEW YORK) INC.,

                    Defendants.
------------------------------------------------------------X



DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff, NICOLE IMBEAULT, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED, AND THE PROPOSED NEW YORK RULE 23 CLASS, and defendants, RICK'S CABARET INTERNATIONAL INC., and RCI ENTERTAINMENT (NEW YORK) INC, that the defendants' time to answer and/or otherwise respond to the Complaint in the above referenced action is extended to August 8, 2008; and

   IT IS FURTHER STIPULATED AND AGREED, that for purposes of this Stipulation, facsimile signatures shall operate with the same force and effect as original signatures.

Dated: New York, New York
       July 28, 2008

| | |
|---|---|
| NICHOLS KASTER & ANDERSON, PLLP | MEISTER SEELIG & FEIN LLP |
| By: *[signature]* | By: *[signature]* |
| Donald H. Nichols, (DN 0689) | Jeffrey A. Kimmel (JK 0584) |
| Paul J. Lukas ( ) | Racquel Crespi Weintraub (RW 1614) |
| Steven Andrew Smith ( ) | Howard Davis (HD 4452) |
| Michele R. Fisher (MF 4600) | 2 Grand Central Tower |
| E. Michelle Drake ( ) | 140 East 45th Street |
| Nichols Kaster & Anderson, PLLP | 19th Floor |
| 80 S. 8th Street, Suite 4600 | New York, New York 10017 |
| Minneapolis, MN 55402 | (212) 655-3500 |
| (612) 256-3200 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

SO ORDERED!

*[signature]*
U.S.D.J.
8/6/08