UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICOLE IMBEAULT, ON BEHALF OF HERSELF,
ALL OTHERS SIMILARLY SITUATED, AND THE
PROPOSED NEW YORK RULE 23 CLASS,

                Plaintiffs,

     -against-

RICK'S CABARET INTERNATIONAL INC., and
RCI ENTERTAINMENT (NEW YORK) INC.,

                Defendants.
------------------------------------------------------------X

Case Number: 08 CV 5458 (GEL)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff, NICOLE IMBEAULT, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED, AND THE PROPOSED NEW YORK RULE 23 CLASS, ("Plaintiffs") and defendants, RICK'S CABARET INTERNATIONAL INC., and RCI ENTERTAINMENT (NEW YORK) INC. ("Defendants"):

1. Plaintiffs shall serve an amended complaint in the instant action (the "Amended Complaint") on or before August 18, 2008;

2. Defendants shall answer or otherwise respond to the Amended Complaint twenty (20) days after service of the Amended Complaint;

3. Defendants shall have no obligation to serve an answer or otherwise respond to Plaintiffs' complaint in the instant action (the "Complaint"); and

2

4. This Stipulation may be signed in multiple counterparts, and by facsimile or .pdf scan, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same instrument.

Dated: New York, New York
August 8, 2008

| NICHOLS KASTER, PLLP | MEISTER SEELIG & FEIN LLP |
|---|---|
| *[signature]* | *[signature]* |
| Donald H. Nichols (DN 0689) | Jeffrey A. Kimmel (JK 0584) |
| Michele R. Fisher (MF 4600) | Racquel C. Weintraub (RW 1614) |
| Paul J. Lukas ( ) | 2 Grand Central Tower |
| Steven Andrew Smith ( ) | 140 East 45th Street, 19th Floor |
| E. Michelle Drake ( ) | New York, New York 10017 |
| 4600 IDS Center, 80 South Eighth Street | Tel (212) 655-3500 |
| Minneapolis, MN 55402 | Fax (212) 655-3535 |
| Tel (612) 256-3200 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

SO ORDERED

*[signature]*
GERARD E. LYNCH, U.S.D.J.
8/19/08

2