**Nichols Kaster, PLLP**
Donald H. Nichols (DN 0689)
Michele R. Fisher (MF 4600)
Paul J. Lukas, MN Bar No. 22084X
(*pro hac vice* application forthcoming)
Steven Andrew Smith, MN Bar No. 260836
(*pro hac vice* application forthcoming)
E. Michelle Drake, MN Bar No. 0387366
(*pro hac vice* application forthcoming)
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class, ) ) ) ) Plaintiff, ) ) ) vs. ) ) RICK'S CABARET INTERNATIONAL INC., ) RCI ENTERTAINMENT (NEW YORK) INC., ) PEREGRINE ENTERPRISES, INC., ) ) Defendants. ) ) | Case No. 08-CV-5458 (GEL) **NOTICE OF NAME CHANGE** |

PLEASE TAKE NOTICE THAT effective August 1, 2008, the law firm of Nichols Kaster & Anderson, PLLP changed its name to Nichols Kaster, PLLP. Our address, telephone and facsimile numbers have not changed.

1

Dated: 8/21/2008                NICHOLS KASTER, PLLP

                                s/Michele R. Fisher
                                Donald H. Nichols (DN 0689)
                                Michele R. Fisher (MF 4600)
                                Paul J. Lukas, MN Bar No. 22084X
                                Steven Andrew Smith, MN Bar No. 260836
                                E. Michelle Drake, MN Bar No. 0387366
                                4600 IDS Center, 80 South Eighth Street
                                Minneapolis, MN 55402
                                Telephone: (612) 256-3200

                                ATTORNEYS FOR PLAINTIFFS