USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>     Plaintiff,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>     Defendants. | Case No. 08-CV-5458 (GEL)<br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Michele R. Fisher, attorney for Plaintiffs, and her affidavit in support thereof;

IT IS HEREBY ORDERED that:

  Applicant's Name: Steven Andrew Smith
  Firm Name: Nichols Kaster, PLLP
  Address: 80 South Eighth Street, Suite 4600
  City/State/Zip: Minneapolis, MN 55402
  Phone Number: (612) 256-3200
  Fax Number: (612) 338-4878
  Email: smith@nka.com

is admitted to practice pro hac vice for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Aug. 28, 2008
City, State: New York, N.Y.

_____
The Honorable Gerard E. Lynch
United States District Court Judge