UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiff,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 08-CV-5458 (GEL)<br><br><br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michele R. Fisher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Applicant's Name: Steven Andrew Smith
> Firm Name: Nichols Kaster, PLLP
> Address: 80 South Eighth Street, Suite 4600
> City/State/Zip: Minneapolis, MN 55402
> Phone Number: (612) 256-3200
> Fax Number: (612) 338-4878

Steven Andrew Smith is a member in good standing of the Bar of the States of: the Minnesota Supreme Court, the highest court of Minnesota; U.S.D.C., District of Minnesota; U.S.D.C., District of North Dakota; and the U.S. Court of Appeals for the Eighth Circuit.

There are no pending disciplinary proceedings against Steven Andrew Smith in any State or Federal Court.

1

Dated: August 25, 2008
City, State: Minneapolis, Minnesota

Respectfully submitted,

_____
Michele R. Fisher (MF 4600)
Nichols Kaster, PLLP
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiff,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 08-CV-5458 (GEL)<br><br>**AFFIDAVIT OF MICHELE R. FISHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF MINNESOTA    )
                                         ) ss
COUNTY OF HENNEPIN  )

Michele R. Fisher, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Nichols Kaster, PLLP, and counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Steven Andrew Smith as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the State Bar of Minnesota; U.S. Court of Appeals for the Eighth Circuit; State Bar of Georgia; Western District of Oklahoma; Eastern District of Wisconsin; Northern District of Illinois; Western District of Texas; and State of New York Supreme Court, and was admitted to practice law October 27, 2000. I was also admitted to the bar of the United States District Court for the Southern District of New York in August 2007, and am in good standing with this Court.

3. I have known Steven Andrew Smith since 2000.

4. Mr. Smith is a Partner at Nichols Kaster, PLLP in Minneapolis, Minnesota.

5. I have found Mr. Smith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Steven Andrew Smith, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Steven Andrew Smith, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Steven Andrew Smith, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: August 25, 2008
City, State: Minneapolis, Minnesota

Respectfully submitted,

_____
Michele R. Fisher (MF 4600)
Nichols Kaster, PLLP

Subscribed and sworn to before me
this day 25th of August 2008.

_____
Notary Public

HEATHER J. O'NEIL
Notary Public-Minnesota
My Commission Expires Jan 31, 2012

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STEVEN ANDREW SMITH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 1995

Given under my hand and seal of this court on

August 18, 2008

_Fredrick K. Grittner_
Fredrick K. Grittner
Clerk of Appellate Courts

August 18, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Steven Andrew Smith, Bar # 260836, was duly admitted

to practice in this Court on December 8, 1995, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on August 18, 2008.

RICHARD D. SLETTEN, CLERK

(By)   Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

AO 136 (Rev.1/99) Certificate of Good Standing

# United States District Court
## District of North Dakota

# CERTIFICATE OF GOOD STANDING

I, Robert Ansley, Clerk of this Court, certify that

**STEVEN ANDREW SMITH** was duly admitted to

practice in this Court on April 17, 2008,

and is in good standing in this Court.

Dated at Bismarck, North Dakota on August 20, 2008.

Robert Ansley
Clerk

*[signature]*

By Deputy Clerk

# CERTIFICATE OF GOOD STANDING

United States of America  *
Court of Appeals  * ss.
for the Eighth Circuit  *

I, *Michael E. Gans*, Clerk of the United States Court of Appeals for the Eighth Circuit, DO HEREBY CERTIFY That **Steven Andrew Smith** was duly admitted to practice in said Court on **June 24, 1996** and is in good standing in said Court.

**Dated at St. Louis, Missouri**
**on August 19, 2008.**

_Michael Gans_
Clerk of Court

By _Amy R. Smith_
Deputy Clerk



# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

Heather J. O'Neil of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on August 25, 2008 she caused to be served the following document(s):

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of Michele R. Fisher in Support of Motion to Admit Counsel Pro Hac Vice;
3. Certificates of Good Standing for Steven Andrew Smith from the Minnesota Supreme Court, U.S.D.C. District of Minnesota, U.S.D.C. District of North Dakota, and the Court of Appeals for the Eighth Circuit; and
4. Proposed Order for Admission Pro Hac Vice on Written Motion

by placing a copy of the same in the U.S. Mail in a postage paid enveloped, properly addressed to:

Jeffrey Kimmel
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017

_____
Heather J. O'Neil

Subscribed and sworn to before me
On August 25, 2008.

_____
Notary Public

TERESA LYNN DREXLER
Notary Public-Minnesota
My Commission Expires Jan 31, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>Plaintiff,<br><br>v.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>Defendants. | Case No. 08-CV-5458 (GEL)<br><br><br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Michele R. Fisher, attorney for Plaintiffs, and her affidavit in support thereof;

IT IS HEREBY ORDERED that:

Applicant's Name: Steven Andrew Smith
Firm Name: Nichols Kaster, PLLP
Address: 80 South Eighth Street, Suite 4600
City/State/Zip: Minneapolis, MN 55402
Phone Number: (612) 256-3200
Fax Number: (612) 338-4878
Email: smith@nka.com

is admitted to practice pro hac vice for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
The Honorable Gerard E. Lynch
United States District Court Judge