# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>   Plaintiff,<br><br>vs.<br><br>RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC.,<br><br>   Defendants. | Case No. 08-CV-5458 (GEL)<br><br>**PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

Pursuant to 29 U.S.C. § 216(b), and N.Y. Lab. Law § 663, Plaintiffs hereby move for an Order awarding Plaintiffs reasonable attorneys' fees in the amount of $88,831.25 and costs in the amount of $4,389.12.

The grounds for this petition are set forth more fully in Plaintiffs' Memorandum in Support of Petition for Attorneys' Fees and Costs, submitted herewith.

Dated: __3/9/2009_____       **NICHOLS KASTER, PLLP**

                 _/s/ Steven Andrew Smith_____
                 Donald H. Nichols (DN 0689)
                 Michele R. Fisher (MF 4600)
                 Paul J. Lukas, MN Bar No. 22084X
                 Steven Andrew Smith, MN Bar No. 260836
                 E. Michelle Drake, MN Bar No. 0387366
                 4600 IDS Center, 80 South Eighth Street
                 Minneapolis, MN 55402
                 Telephone: (612) 256-3200

ATTORNEYS FOR PLAINTIFFS