## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NICOLE IMBEAULT on behalf of herself, all others similarly situated, and the Proposed New York Rule 23 Class, <br><br> Plaintiff, <br><br> vs. <br><br> RICK'S CABARET INTERNATIONAL INC., RCI ENTERTAINMENT (NEW YORK) INC., PEREGRINE ENTERPRISES, INC., <br><br> Defendants. | Case No. 08-CV-5458 (GEL) <br><br><br> **AFFIDAVIT OF STEVEN ANDREW SMITH** |

1.	I am one of the attorneys for the Plaintiff in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2.	I submit this Affidavit in support of Plaintiff's Motion for Attorneys' Fees and Costs.

3.	The hourly rate at which I bill at Nichols Kaster, PLLP in class action cases is $425.00.

4.	I have been practicing employment law for over thirteen years, am a partner with Nichols Kaster, PLLP, and practice solely in the area of plaintiffs' employment litigation.

5.	I have tried numerous cases to verdict, including seven within the last 18 months, once of which was in a Rule 23 class action. I have argued four cases before the 8th Circuit Court of Appeals.

6. I have been named a "Super Lawyer" for each of the last eight years by *Minnesota Law and Politics*, and *Minneapolis St. Paul Magazine.*

7. I was named one of the Top 100 Attorneys in Minnesota for 2007 and one of the Top 40 Employment Attorneys in Minnesota in 2004, 2005, 2006, 2007, and 2008.

8. I have authored numerous articles, participated in numerous legal seminars and conventions on employment and trial practice issues, and am a frequent lecturer on current employment related topics.

9. Attached hereto as Exhibits are true and correct copies the following:

**Exhibit A:** Defendant's Offer of Judgment;

**Exhibit B:** Nicole Imbeault's Notice of Acceptance of Judgment with exhibit;

**Exhibit C:** Nichols Kaster, PLLP Attorney's Fees through February 9, 2009;

**Exhibit D:** Nichols Kaster, PLLP Costs through February 9, 2009;

**Exhibit E:** Moon v. Gab Kwon
2002 WL 31512816, Case No. 99 Civ. 11810 (GEL) (S.D.N.Y.);

**Exhibit F:** Hnot v. Willis Group Holdings, Ltd.,
2008 WL 1166309, Case No. 01 Civ. 6558 (GEL) (S.D.N.Y.);

**Exhibit G:** Torres v. City of New York
2008 WL 419306, Case No. 07 Civ. 3473 (GEL) (S.D.N.Y.);

**Exhibit H:** N.Y. City Dist. Council of Carpenters Pension Fund v. Quantum Construction
2008 WL 5159777, Case No. 06 Civ. 13150 (GEL)(JCF) (S.D.N.Y.);

**Exhibit I:** Starkey v. Somers Central School District
2008 WL 5378123, Case No. 02 Civ. 2455 (SCR) (S.D.N.Y.);

      **Exhibit J:**    <u>Pappas v. Watson Wyatt & Company</u>
                           2008 WL 45385, Case No. 3:04CV304 (EBB)
                           (D. Conn.);

      **Exhibit K:**    <u>Krauth v. Executive Telecard, Ltd.</u>
                           1996 WL 29420, Case No. 95 Civ. 3967 (RWS)
                         (S.D.N.Y.); and

      **Exhibit L:**    <u>Heng Chan v. Sung Yue Tung Corp.</u>
                           2007 WL 1373118, Case No. 03 Civ. 6048 (GEL)
                         (S.D.N.Y.).

FURTHER YOUR AFFIANT SAYETH NOT.

                                                                        _/s/Steven Andrew Smith_____
                                                                        Steven Andrew Smith

Subscribed and sworn to before me
This __9__ day of March, 2009.


_/s/Ariana E. Lowther_____
Notary Public