# Nichols Kaster, PLLP

4600 IDS Center
80 South Eighth Street
Minneapolis MN 55402
612-256-3200

Statement Date: February 9, 2009
Statement No. 0

Nicole Imbeault
56 Boatwork Drive
Bayonne, NJ 07002

File Number: 10852-01

**PROFESSIONAL FEES**

| Date: | Initials: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 3/20/2008 | EMD | Travel to New York and met with client. Met with S. Smith regarding case claims. | 5.50 | 375.00 | 2,062.50 |
| 3/20/2008 | SAS | Travel to New York and met with client. Meet with E. Michelle Drake regarding case claims. | 5.50 | 425.00 | 2,337.50 |
| 3/21/2008 | EMD | Review case law regarding case claims and facts. Meet with S. Smith regarding case claims and case facts. | 4.00 | 375.00 | 1,500.00 |
| 3/21/2008 | SAS | Meet with E. Michelle Drake regarding case claims and case facts. Review case law regarding claims and case facts. Travel to Minneapolis from New York. | 4.00 | 425.00 | 1,700.00 |
| 3/27/2008 | PJL | Attend team meeting regarding case status. | 0.50 | 500.00 | 250.00 |
| 4/10/2008 | EMD | Review research on FLSA cases and begin drafting theory memorandum on how to best sue out case. | 2.00 | 375.00 | 750.00 |
| 4/11/2008 | EMD | Meet with law clerk about research on damages for 1099 issues. Review NELA email string on topic, research pleadings in similar FedEx case. | 0.50 | 375.00 | 187.50 |
| 4/17/2008 | EMD | Email to law clerk and meetings with Paul J. Lukas and Steven A. Smith about drafting complaint in this case. | 2.00 | 375.00 | 750.00 |
| 4/17/2008 | PJL | Conference with M. Drake regarding drafting complaint. | 0.30 | 500.00 | 150.00 |
| 4/18/2008 | SAS | Review legal research regarding claims and review and respond to email regarding same. | 1.00 | 425.00 | 425.00 |
| 5/7/2008 | PJL | Conference with M. Drake regarding status. | 0.20 | 500.00 | 100.00 |
| 5/8/2008 | EMD | Review and edit draft complaint. Meet with law clerk regarding revisions. | 2.50 | 375.00 | 937.50 |


EXHIBIT C

Nichols Kaster, PLLP                                                                                                  Page: 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/2008 | SAS | Legal research regarding FICA case claims. | 1.50 | 425.00 | 637.50 |
| 5/13/2008 | EMD | Review and respond to emails from law clerk about allegations to include in the complaint. | 0.40 | 375.00 | 150.00 |
| 5/15/2008 | SAS | Review and respond to emails regarding complaint status. | 0.30 | 425.00 | 127.50 |
| 5/17/2008 | SAS | Review and respond to emails regarding causes of action and legal research regarding same. | 2.10 | 425.00 | 892.50 |
| 5/20/2008 | PJL | Conference with M. Drake regarding revised complaint. | 0.20 | 500.00 | 100.00 |
| 5/21/2008 | EMD | Review, edit and research draft complaint. | 2.50 | 375.00 | 937.50 |
| 5/21/2008 | SAS | Review and edit complaint and meet with E. Michelle Drake regarding same. Review legal research regarding same. | 2.10 | 425.00 | 892.50 |
| 5/22/2008 | PJL | Review and revise complaint. | 0.50 | 500.00 | 250.00 |
| 5/23/2008 | EMD | Prepare for and meet with Steven A. Smith abnd Paul J. Lukas regarding draft complaint. | 0.70 | 375.00 | 262.50 |
| 5/23/2008 | EMD | Make revisions to complaint. | 0.50 | 375.00 | 187.50 |
| 5/23/2008 | PJL | Conference with M. Drake and S. Smith regarding complaint. | 0.50 | 500.00 | 250.00 |
| 5/23/2008 | SAS | Meet with E. Michelle Drake and Paul J. Lukas regarding case complaint and review draft of same. | 1.80 | 425.00 | 765.00 |
| 5/27/2008 | EMD | Finalize draft of complaint, email to client, Steven A. Smith and Paul J. Lukas. | 1.30 | 375.00 | 487.50 |
| 5/28/2008 | EMD | Email to Steven A. Smith and Paul J. Lukas regarding telephone conference with client. | 0.20 | 375.00 | 75.00 |
| 5/29/2008 | SAS | Review and respond to emails regarding claims. | 0.50 | 425.00 | 212.50 |
| 6/2/2008 | HJO | Review and edit complaint and review SDNY filing procedures. | 0.80 | 175.00 | 140.00 |
| 6/2/2008 | HJO | Contacted client regarding consent form and telephone conference with E. Michelle Drake regarding same. | 0.20 | 175.00 | 35.00 |
| 6/4/2008 | EMD | Legal research on propriety of seeking class certification based on 23b(1) at the same time as (b)(2) and (b)(3). Revise draft complaint accordingly. | 2.50 | 375.00 | 937.50 |
| 6/5/2008 | EMD | Final revisions to complaint, meet with assistant about filing process. | 1.00 | 375.00 | 375.00 |
| 6/5/2008 | HJO | Edit complaint and draft summons, civil coversheet and review secretary of state | 0.90 | 175.00 | 157.50 |

Nichols Kaster, PLLP                                                                                         Page: 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | information regarding same. | | | |
| 6/6/2008 | EMD | Emails with Paul J. Lukas regarding complaint and jurisdiction issues. | 0.30 | 375.00 | 112.50 |
| 6/6/2008 | HJO | Edit complaint and draft correspondence regarding filing. Meet with Paul J. Lukas and E. Michelle Drake regarding same. | 0.80 | 175.00 | 140.00 |
| 6/6/2008 | SAS | Review complaint and legal research regarding same. | 1.50 | 425.00 | 637.50 |
| 6/16/2008 | EMD | Review and respond to email from client about status of case. | 0.20 | 375.00 | 75.00 |
| 6/18/2008 | EMD | Review and respond to voicemail from client about improper contact with plaintiffs. | 0.40 | 375.00 | 150.00 |
| 6/19/2008 | HJO | Draft correspondence regarding service of Defendants and review SDNY rules regarding same. | 0.30 | 175.00 | 52.50 |
| 6/19/2008 | HJO | Emails with Court regarding docket entries and review file regarding case issues and ECF regarding same. | 0.40 | 175.00 | 70.00 |
| 6/19/2008 | SAS | Review final complaint. | 1.00 | 425.00 | 425.00 |
| 6/26/2008 | EMD | Research issue of process service in New York, telephone conference with assistant and Steven A. Smith regarding status of service and our preferences, email to team regarding same. | 1.00 | 375.00 | 375.00 |
| 6/26/2008 | HJO | Telephone conference with E. Michelle Drake regarding service issues and review and respond to emails regarding same. | 0.30 | 175.00 | 52.50 |
| 6/27/2008 | SAS | Review and respond to emails regarding service issues and case status and discuss same with H. O'Neil. | 0.50 | 425.00 | 212.50 |
| 7/2/2008 | SAS | Review and respond to emails regarding case status and Defendant's Answer and discuss same with H. O'Neil. | 0.50 | 425.00 | 212.50 |
| 7/7/2008 | bmh | Research regarding decisions from Judge Lynch in similar cases. | 5.10 | 175.00 | 892.50 |
| 7/7/2008 | SAS | Review legal research regarding Judge Lynch decisions. | 1.50 | 425.00 | 637.50 |
| 7/25/2008 | SAS | Review and respond to emails regarding extension to answer and adding a Defendant. | 0.50 | 425.00 | 212.50 |
| 7/28/2008 | SAS | Review stipulation to extend Answer deadline and discuss same with H. O'Neil. | 0.30 | 425.00 | 127.50 |
| 7/30/2008 | SAS | Review and respond to emails regarding adding a | 1.50 | 425.00 | 637.50 |

Nichols Kaster, PLLP                                                                                   Page: 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | new Defendant and viability of current defendants. Discuss same with H. O'Neil. | | | |
| 8/1/2008 | HJO | Review websites regarding response to opposing counsel defendant issue. Email opposing counsel regarding same. Draft response regarding defendant issue. | 1.10 | 175.00 | 192.50 |
| 8/8/2008 | HJO | Emails with opposing counsel regarding case issues and status and met with S. Smith regarding same. | 0.50 | 175.00 | 87.50 |
| 8/8/2008 | HJO | Review stipulation regarding case issues and emails with opposing counsel regarding same. Review and respond to emails regarding client regarding same. | 0.40 | 175.00 | 70.00 |
| 8/8/2008 | SAS | Review and respond to emails regarding extension of time and amending complaint. Discuss same with H. O'Neil. | 1.00 | 425.00 | 425.00 |
| 8/11/2008 | SAS | Discuss telephone conference with Court regarding scheduling issue with H. O'Neil and review and respond to emails regarding same. | 0.50 | 425.00 | 212.50 |
| 8/12/2008 | HJO | Met with S. Smith regarding case issues and review opposing counsel's email regarding same. Draft correspondence to Court and telephone conference with Court regarding same. | 0.60 | 175.00 | 105.00 |
| 8/12/2008 | SAS | Correspondence to Court regarding Rule 16 conference and discuss same with H. O'Neil. | 0.30 | 425.00 | 127.50 |
| 8/13/2008 | HJO | Emails with opposing counsel regarding telephone conference with Judge and met with S. Smith regarding same. | 0.20 | 175.00 | 35.00 |
| 8/13/2008 | SAS | Telephone conference with Court regarding scheduling hearing and prepare for same. | 0.60 | 425.00 | 255.00 |
| 8/14/2008 | HJO | Draft amended complaint and email S. Smith regarding same. | 0.60 | 175.00 | 105.00 |
| 8/15/2008 | HJO | Edit amended complaint and draft amended summons regarding same. Telephone conference with regarding case issues regarding amended service. | 1.30 | 175.00 | 227.50 |
| 8/15/2008 | SAS | Review information regarding Peregrine Enterprises and their relationship to Rick's Cabaret and RCI Entertainment. | 2.00 | 425.00 | 850.00 |
| 8/18/2008 | HJO | Draft and edit correspondence to opposing counsel regarding amended complaint. Telephone conference with Court regarding summons. | 0.40 | 175.00 | 70.00 |
| 8/19/2008 | HJO | Telephone conference with Court Clerk regarding | 0.10 | 175.00 | 17.50 |

Nichols Kaster, PLLP                                                                                                          Page: 5

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | case issues. | | | |
| 8/25/2008 | HJO | Draft Pro Hac Motion documents and met with S. Smith regarding same. Telephone conference with court regarding same. | 0.90 | 175.00 | 157.50 |
| 8/25/2008 | SAS | Meet with H. O'Neil regarding amended complaint and service issues. Review and respond to emails regarding same. Prepare for 8/28 conference in NY. | 2.50 | 425.00 | 1,062.50 |
| 8/26/2008 | HJO | Draft and edit case management plan and telephone conference with S. Smith regarding case issues and telephone conference with NYS regarding case issues. | 0.90 | 175.00 | 157.50 |
| 8/27/2008 | HJO | Met with S. Smith regarding NYC hearing. . | 0.30 | 175.00 | 52.50 |
| 8/27/2008 | SAS | Review and edit drafts of case management plan and meet with H. O'Neil regarding same. Travel to NYC for Rule 16 Conference. | 7.50 | 425.00 | 3,187.50 |
| 8/28/2008 | HJO | Review and respond to emails regarding opposing counsel and edit amended complaint. | 0.30 | 175.00 | 52.50 |
| 8/28/2008 | SAS | Prepare for and attend Rule 16 Conference before Judge Lynch and meet with opposing counsel regarding same. | 2.30 | 425.00 | 977.50 |
| 8/31/2008 | SAS | Travel back to Minneapolis. | 6.00 | 425.00 | 2,550.00 |
| 9/2/2008 | HJO | Draft S. Smith ECF filing requests and correspondence regarding same. | 0.20 | 175.00 | 35.00 |
| 9/4/2008 | SAS | Review and respond to emails regarding service issues, discuss case with H. O'Neil and review financial documents. | 2.50 | 425.00 | 1,062.50 |
| 9/9/2008 | HJO | Review email regarding telephone conference and responded to same. | 0.10 | 175.00 | 17.50 |
| 9/9/2008 | SAS | Review and respond to emails regarding service issues and discuss same with H. O'Neil. | 0.40 | 425.00 | 170.00 |
| 9/10/2008 | SAS | Prepare for 9/11 telephone conference with client and review documents and emails regarding same. | 1.20 | 425.00 | 510.00 |
| 9/11/2008 | SAS | Lengthy telephone conference with client regarding Defendant's Answer, 9/28 hearing, case discovery, case status, strategy and review cases regarding Defendants' anticipated Rule 12 motion. | 2.50 | 425.00 | 1,062.50 |
| 9/12/2008 | HJO | Draft Rule 26 disclosures and review file regarding same. Met with S. Smith regarding same. Review scheduling order. | 1.10 | 175.00 | 192.50 |

Nichols Kaster, PLLP                                                                                              Page: 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/12/2008 | HJO | Met with clerk regarding 26 disclsoures and review file regarding same. | 0.50 | 175.00 | 87.50 |
| 9/12/2008 | SAS | Meet with H. O'Neil regarding Rule 26 disclosures and review and respond to emails regarding same. Review client documents. | 1.00 | 425.00 | 425.00 |
| 9/15/2008 | HJO | Draft and edit Rule 26 disclosures and telephone conference with client regarding same. Review and respond to client emails regarding same. | 0.90 | 175.00 | 157.50 |
| 9/15/2008 | SAS | Review cleint emails regarding case documents and review same. | 0.70 | 425.00 | 297.50 |
| 10/1/2008 | HJO | Email client regarding case status. | 0.20 | 175.00 | 35.00 |
| 10/1/2008 | SAS | Review client email regarding case status and discuss same with H. O'Neil. | 0.30 | 425.00 | 127.50 |
| 10/6/2008 | HJO | Draft discovery set I and legal research regarding NY statute of limitations. Contacted Court regarding ECF status. | 0.40 | 175.00 | 70.00 |
| 10/15/2008 | EMD | Meet with Steven A. Smith and Heather O'Neil regarding case status. | 0.50 | 375.00 | 187.50 |
| 10/15/2008 | HJO | Edit discovery requests and regarding statutory period. | 0.40 | 175.00 | 70.00 |
| 10/16/2008 | EMD | Review documents regarding status of case and opposing counsel's claims about client having earned minimum wage; read reich v Priba and email Steven A. Smith about holdings and relevance to discovery.. | 1.50 | 375.00 | 562.50 |
| 10/16/2008 | EMD | Review D's answer to complaint, draft discovery requests. | 1.00 | 375.00 | 375.00 |
| 10/17/2008 | EMD | Review local rules and email Heather O'Neil and co-counsel regarding particular items of concern. | 1.00 | 375.00 | 375.00 |
| 10/17/2008 | EMD | Revise Set 1 of discovery requests. | 4.00 | 375.00 | 1,500.00 |
| 10/17/2008 | HJO | Review emails regarding case issues, strategy and case status. | 0.20 | 175.00 | 35.00 |
| 10/21/2008 | HJO | Telephone conference with court regarding transcript and discuss same with E. Michelle Drake. | 0.20 | 175.00 | 35.00 |
| 10/22/2008 | HJO | Draft and edit correspondence to opposing counsel regarding service of discovery, deposition notices and Rule 26 demand and document production. | 0.30 | 175.00 | 52.50 |
| 10/22/2008 | HJO | Draft E. Michelle Drake pro hac documents for SDNY and draft correspondence to Courts regarding COGS. | 0.80 | 175.00 | 140.00 |

Nichols Kaster, PLLP                                                                                     Page: 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2008 | EMD | Review and edit discovery requests to all Ds; review client meeting notes for evidence of employer/employee relationship. | 2.25 | 375.00 | 843.75 |
| 10/23/2008 | EMD | Review websites recommended by client for information on induistry; download and email comments on article containing interview with Defendant's CEO about his national brand. | 0.90 | 375.00 | 337.50 |
| 10/23/2008 | HJO | Meet with E. Michelle Drake regarding discovery edits and issues and edit discovery regarding same. | 1.60 | 175.00 | 280.00 |
| 10/24/2008 | EMD | Team meeting. | 0.50 | 375.00 | 187.50 |
| 10/28/2008 | HJO | Emails with client regarding telephone conference with E. Michelle Drake. | 0.10 | 175.00 | 17.50 |
| 10/29/2008 | HJO | Review and respond to emails from expert regarding agreement and edit same. | 0.40 | 175.00 | 70.00 |
| 10/30/2008 | EMD | Telephone call with Nicole Imbeault. | 0.50 | 375.00 | 187.50 |
| 11/11/2008 | EMD | Telephone call with opposing counsel regarding 30b6 deposition and draft letter memorializing conversation. | 0.30 | 375.00 | 112.50 |
| 11/11/2008 | HJO | Review and edit correspondence to opposing counsel regarding deposition schedule. | 0.20 | 175.00 | 35.00 |
| 11/14/2008 | MDB | Scanned, coded and imported documents into Summation for attorney review. | 0.10 | 175.00 | 17.50 |
| 11/20/2008 | EMD | Telephone call to client. | 1.00 | 375.00 | 375.00 |
| 11/20/2008 | EMD | Meet with Class Action Team Members about updating central case database. | 1.00 | 375.00 | 375.00 |
| 11/20/2008 | EMD | Meet with Heather O'Neil re updating central case database. | 1.00 | 375.00 | 375.00 |
| 11/20/2008 | EMD | Review client documents, instruct assistant on document management in case. | 1.00 | 375.00 | 375.00 |
| 11/20/2008 | EMD | Email to Class Action Team Members re outstanding research tasks. | 0.50 | 375.00 | 187.50 |
| 11/20/2008 | EMD | Memorandum to file re what we currently know about illegal practices at Rick's NY. | 2.50 | 375.00 | 937.50 |
| 11/20/2008 | HJO | Updated database and review files and research regarding same. | 0.50 | 175.00 | 87.50 |
| 11/20/2008 | HJO | Met with E. Michelle Drake regarding case issues, database and documents. | 0.40 | 175.00 | 70.00 |
| 11/21/2008 | EMD | Memorandum to team regarding current account of the facts as we understand them in this case. . | 2.00 | 375.00 | 750.00 |

Nichols Kaster, PLLP                                                                                                          Page: 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2008 | EMD | Memorandum to team re deposition strategy and whose depositions we want to notice for when. | 1.00 | 375.00 | 375.00 |
| 11/21/2008 | HJO | Meet with E. Michelle Drake regarding case issues, file, depositions and emaisl regarding documents. Review discussions from database and respond to same. . | 0.80 | 175.00 | 140.00 |
| 11/21/2008 | HJO | Review and edit E. Michelle Drake pro hac papers for filing. | 0.20 | 175.00 | 35.00 |
| 11/24/2008 | HJO | Review and edit pro hac documents and meet with E. Michelle Drake regarding same. Review Rules regarding same and draft correspondence regarding filing and service of same. Emails with MN Supreme Court regarding certificate of good standing for pro hac motion. | 0.90 | 175.00 | 157.50 |
| 11/25/2008 | EMD | Meet with law clerk re memorandum in support of motion to compel the list. | 0.40 | 375.00 | 150.00 |
| 11/25/2008 | EMD | Reveiw and respond to request for extension from opposing counsel. | 0.30 | 375.00 | 112.50 |
| 11/25/2008 | SAS | Review and respond to emails regarding case status and strategy. | 0.30 | 425.00 | 127.50 |
| 11/26/2008 | EMD | Meet with Steven A. Smith re deposition notices and discovery strategy. | 0.80 | 375.00 | 300.00 |
| 11/26/2008 | HJO | Meet with E. Michelle Drake regarding deposition notices. Draft and edit same and draft and edit correspondence to opposing counsel regarding same, case issues and deposition issues. | 3.50 | 175.00 | 612.50 |
| 11/26/2008 | SAS | Met with M. Drake and H. O'Neil regarding depositions and discovery. | 0.80 | 425.00 | 340.00 |
| 11/29/2008 | SAS | Review emails from Defendant regarding discovery responses. | 0.30 | 425.00 | 127.50 |
| 12/2/2008 | EMD | Correspondence with law clerk re completion of memos. | 0.10 | 375.00 | 37.50 |
| 12/2/2008 | KDE | Research case law to draft motion for conditional class certification. | 2.50 | 175.00 | 437.50 |
| 12/3/2008 | HJO | Review Pro Hac Order and telephone conference with E. Michelle Drake regarding same. | 0.20 | 175.00 | 35.00 |
| 12/4/2008 | EMD | Meet and confer with opposing counsel regarding discovery dispute. | 0.50 | 375.00 | 187.50 |
| 12/4/2008 | EMD | Draft letter to Court and opposing counsel re producing employee list. | 3.00 | 375.00 | 1,125.00 |
| 12/4/2008 | EMD | Meet with Paul J. Lukas re Rick's strategy and filing motion for conditional class cert. | 1.00 | 375.00 | 375.00 |

Nichols Kaster, PLLP                                                                                         Page: 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2008 | SAS | Review draft of joint discovery submission and discuss same with E. Michelle Drake. Review case status. | 1.00 | 425.00 | 425.00 |
| 12/5/2008 | EMD | Research NY law on tortious interference; telephone call with client re Langan call to her current employer. | 2.00 | 375.00 | 750.00 |
| 12/5/2008 | EMD | Draft and send Plaintiff's portion of letter to court re production of list. | 1.50 | 375.00 | 562.50 |
| 12/5/2008 | EMD | Draft and send correspondence to client and opposing counsel re tortious interference issue with Langan. | 1.00 | 375.00 | 375.00 |
| 12/5/2008 | HJO | Review client email regarding employment issue. | 0.10 | 175.00 | 17.50 |
| 12/5/2008 | HJO | Telephone conference with E. Michelle Drake regarding Defendant's status of depositions and review same. | 0.20 | 175.00 | 35.00 |
| 12/5/2008 | SAS | Meet with E. Michelle Drake regarding discovery dispute and review and respond to emails regarding same. Review documents regarding same. | 1.20 | 425.00 | 510.00 |
| 12/8/2008 | EMD | Draft response to Jeffrey Kimmel email re: "unethical contact with client", email same to Paul J. Lukas and Steven A. Smith. | 0.50 | 375.00 | 187.50 |
| 12/8/2008 | EMD | Email with law clerk regarding legal research for motion to compel the list. | 0.10 | 375.00 | 37.50 |
| 12/8/2008 | HJO | Telephone conference with C. Birkeland regarding case issues. | 0.20 | 175.00 | 35.00 |
| 12/8/2008 | SAS | Review and edit letter to opposing counsel regarding case issues and discuss same with E. Michelle Drake. Review caselaw regarding same. | 1.20 | 425.00 | 510.00 |
| 12/9/2008 | EMD | Revise draft of email to Jeffrey Kimmel re "unethical conduct" and send same. | 0.20 | 375.00 | 75.00 |
| 12/9/2008 | HJO | Review E. Michelle Drake response to opposing counsel's correspondence and review deposition schedule and draft correspondence to opposing counsel regarding same. Edit same. Telephone conference with E. Michelle Drake regarding same. | 0.60 | 175.00 | 105.00 |
| 12/9/2008 | SAS | Review response to discovery issues and review discovery responses. | 1.00 | 425.00 | 425.00 |
| 12/10/2008 | EMD | Telephone call with client re service of subpoena on William Imbeault. | 0.20 | 375.00 | 75.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2008 | EMD | Draft email to opposing counsel re: meet and confer about deposition notices and objections to deposition of William Imbeault. | 0.30 | 375.00 | 112.50 |
| 12/10/2008 | EMD | Telephone call with William Imbeault re service of subpoena on him in Nicole Imbeault v. RCI International. | 0.20 | 375.00 | 75.00 |
| 12/10/2008 | EMD | Review rules and caselaw governing service of subpoenas in New York. | 0.20 | 375.00 | 75.00 |
| 12/10/2008 | EMD | Review correspondence from client's husband enclosing subpoena for deposition. | 0.10 | 375.00 | 37.50 |
| 12/10/2008 | SAS | Review Defendant's discovery requests and caselaw regarding same. | 1.50 | 425.00 | 637.50 |
| 12/12/2008 | HJO | Review Defendant's discovery requests and deposition notice. Email to S. Smith and E. Michelle Drake regarding same. Updated file regarding depositions. | 0.50 | 175.00 | 87.50 |
| 12/12/2008 | SAS | Review and respond to emails regarding depositions and discovery. | 0.50 | 425.00 | 212.50 |
| 12/15/2008 | EMD | Email with opposing counsel re meet and confer and discovery responses. | 0.20 | 375.00 | 75.00 |
| 12/15/2008 | HJO | Draft correspondence to client regarding discovery requests. | 0.20 | 175.00 | 35.00 |
| 12/15/2008 | SAS | Review and respond to emails regarding discovery dispute. | 0.30 | 425.00 | 127.50 |
| 12/16/2008 | EMD | Telephone call with opposing counsel regarding deposition schedule. | 0.50 | 375.00 | 187.50 |
| 12/16/2008 | EMD | Review and sign first amended notices of deposition. | 0.30 | 375.00 | 112.50 |
| 12/16/2008 | EMD | Review documents produced by Defendant Peregrine Enterprises (not written responses, just produced documents). | 0.60 | 375.00 | 225.00 |
| 12/16/2008 | HJO | Draft amended nods and correspondence and email regarding same. Review E. Michelle Drake and opposing counsel emails regarding case issues. . | 1.10 | 175.00 | 192.50 |
| 12/17/2008 | SAS | Review documents from Defendant regarding central management and respond to emails regarding same. | 1.00 | 425.00 | 425.00 |
| 12/20/2008 | EMD | Email to Steven A. Smith and Paul J. Lukas regarding motion to compel in Rick's NY case. | 0.20 | 375.00 | 75.00 |
| 12/20/2008 | EMD | Email to Paul J. Lukas and Steven A. Smith re: upcoming motion to compel discovery. | 0.30 | 375.00 | 112.50 |

Nichols Kaster, PLLP                                                                                           Page: 11

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/2008 | EMD | Meet and confer with opposing counsel re discovery dispute. | 1.50 | 375.00 | 562.50 |
| 12/23/2008 | EMD | Telephone call with opposing counsel to clerk to seek guidance on upcoming motion. | 0.30 | 375.00 | 112.50 |
| 12/23/2008 | EMD | Meet with Keilembo Ellison re: draft motion for class certification. | 0.10 | 375.00 | 37.50 |
| 12/27/2008 | SAS | Review and respond to emails regarding discovery disputes. | 0.50 | 425.00 | 212.50 |
| 12/29/2008 | EMD | Research and draft letter to court re outstanding discovery disputes. | 4.00 | 375.00 | 1,500.00 |
| 12/30/2008 | EMD | Email to opposing counsel re: receipt of newly Bates labeled documents. | 0.10 | 375.00 | 37.50 |
| 12/30/2008 | EMD | Begin drafting letter to Court re: failure of Defendants to produce documents in their possession. | 2.80 | 375.00 | 1,050.00 |
| 12/30/2008 | HJO | Review emalis to client and message for client regarding same. Contacted court regarding case management conference and emails regarding same. | 0.40 | 175.00 | 70.00 |
| 12/30/2008 | SAS | Review and respond to emails regarding deposition schedule, documents and case status. | 1.00 | 425.00 | 425.00 |
| 12/31/2008 | EMD | Complete draft of letter re discovery disputes to court. | 1.70 | 375.00 | 637.50 |
| 12/31/2008 | HJO | Review and respond to case emails. | 0.30 | 175.00 | 52.50 |
| 1/2/2009 | EMD | Review Defendants' discovery responses on integrated interrogatory. | 0.20 | 375.00 | 75.00 |
| 1/5/2009 | EMD | Draft discovery letter to court. | 2.20 | 375.00 | 825.00 |
| 1/5/2009 | SAS | Review Defendant's discovery responses and discuss same with E. Michelle Drake. Review draft letter to Judge. | 2.00 | 425.00 | 850.00 |
| 1/8/2009 | EMD | Telephone call with client re discovery responses, draft and prepare same. | 3.00 | 375.00 | 1,125.00 |
| 1/8/2009 | EMD | Meet with Steven A. Smith regarding discovery responses. | 0.40 | 375.00 | 150.00 |
| 1/8/2009 | SAS | Review and respond to emails regarding Defendant's discovery responses and discovery disputes. Review documents regarding same. | 1.00 | 425.00 | 425.00 |
| 1/9/2009 | HJO | Edit discovery responses and email client regarding same and notarization. | 0.50 | 175.00 | 87.50 |
| 1/9/2009 | SAS | Review client discovery responses and discuss | 1.00 | 425.00 | 425.00 |

Nichols Kaster, PLLP                                                                                               Page: 12

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same with E. Michelle Drake. | | | |
| 1/12/2009 | EMD | Leave voicemails for client re discovery responses. | 0.20 | 375.00 | 75.00 |
| 1/12/2009 | EMD | Telephone call and voicemail with client re discovery responses and downloading email account. | 0.50 | 375.00 | 187.50 |
| 1/12/2009 | EMD | Review and edit discovery responses. | 0.50 | 375.00 | 187.50 |
| 1/12/2009 | EMD | Email to opposing counsel re defendants' portion of letter to court. | 0.20 | 375.00 | 75.00 |
| 1/12/2009 | KDE | Review New York case law to support motion for conditional certification. | 8.00 | 175.00 | 1,400.00 |
| 1/12/2009 | HJO | Draft and edit discovery responses and draft correspondence to opposing counsel regarding same. | 1.20 | 175.00 | 210.00 |
| 1/12/2009 | SAS | Review and edit discovery responses and discuss same with E. Michelle Drake and H. O'Neil. | 1.00 | 425.00 | 425.00 |
| 1/13/2009 | EMD | Emails to opposing counsel re letter to court and deposition schedule; telephone call with Steven A. Smith re same. | 0.40 | 375.00 | 150.00 |
| 1/13/2009 | SAS | Review and respond to emails regarding depositions, discovery issues and review correspondence regarding same. | 1.20 | 425.00 | 510.00 |
| 1/14/2009 | KDE | Research FLSA minimum wage and tip credit laws. | 2.00 | 175.00 | 350.00 |
| 1/14/2009 | KDE | Review case law holding money paid adult entertainers is tips. | 5.00 | 175.00 | 875.00 |
| 1/15/2009 | EMD | Correspondence with Heather O'Neil re: amended notices of deposition; draft cover letter to opposing counsel re same. | 0.60 | 375.00 | 225.00 |
| 1/15/2009 | KDE | Review case law holding money paid adult entertainers is tips to support motion for conditional. | 2.60 | 175.00 | 455.00 |
| 1/15/2009 | HJO | Telephone conference with E. Michelle Drake regarding depositions and email regarding same. Edit correspondence regarding service and draft amended deposition notices. Edit deposition notices regarding email. | 1.30 | 175.00 | 227.50 |
| 1/15/2009 | SAS | Review draft correspondence to opposing counsel regarding depositions and discuss hearing before Judge Lynch with E. Michelle Drake. Review and respond to emails regarding same. | 1.50 | 425.00 | 637.50 |
| 1/19/2009 | HJO | Review email from op preg verification page and | 0.40 | 175.00 | 70.00 |

Nichols Kaster, PLLP                                                                                           Page: 13

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | contacted client regarding same. Review correspondence to Court and email from opposing counsel regarding exhibits. Email response to opposing counsel. | | | |
| 1/20/2009 | EMD | Review spreadsheet of entertainer charges. | 0.20 | 375.00 | 75.00 |
| 1/20/2009 | SAS | Review entertainer charge summary. | 0.50 | 425.00 | 212.50 |
| 1/22/2009 | EMD | Email to client re: notarized signature page for discovery responses. | 0.10 | 375.00 | 37.50 |
| 1/22/2009 | HJO | Contacted client regarding signature page. | 0.20 | 175.00 | 35.00 |
| 1/23/2009 | PJL | Review Discovery Letter. | 0.50 | 500.00 | 250.00 |
| 1/23/2009 | HJO | Review and respond to emails regarding case issues from opposing counsel and telephone conference with and met with E. Michelle Drake regarding same. Emails and telephone conference with client regarding signature page. | 0.50 | 175.00 | 87.50 |
| 1/23/2009 | SAS | Review final letter to Judge Lynch regarding discovery disputes and review caselaw regarding same. Meet with E. Michelle Drake regarding same. | 1.20 | 425.00 | 510.00 |
| 1/26/2009 | HJO | Review and edit correspondence to Court and met with E. Michelle Drake regarding same. | 0.50 | 175.00 | 87.50 |
| 1/27/2009 | HJO | Review and respond to emails regarding case issues and email client regarding hearing and review file regarding hearing preparation. | 0.50 | 175.00 | 87.50 |
| 1/28/2009 | EMD | Travel to airport in MSP, fly to NYC, travke to courthouse in New York. | 8.50 | 375.00 | 3,187.50 |
| 1/28/2009 | EMD | Attend and argue at case status conference. | 1.50 | 375.00 | 562.50 |
| 1/28/2009 | EMD | Return travel from NYC to MSP. Flight delayed. | 8.00 | 375.00 | 3,000.00 |
| 1/28/2009 | HJO | Met with E. Michelle Drake regarding hearing in New York and telephone conference with client regarding same. | 0.30 | 175.00 | 52.50 |
| 2/3/2009 | EMD | Meet and confer with opposing counsel on discovery requests. | 1.50 | 375.00 | 562.50 |
| 2/3/2009 | EMD | Prepare for meet and confer with opposing counsel-review their discovery responses. | 0.30 | 375.00 | 112.50 |
| 2/3/2009 | EMD | Telephone call with Steven A. Smith re depositions, continuance and request for inspection of email accounts. | 0.20 | 375.00 | 75.00 |
| 2/4/2009 | EMD | Respond to email from opposing counsel re meet and confer on discovery. | 0.30 | 375.00 | 112.50 |
| 2/4/2009 | EMD | Meet with Paul J. Lukas re: hearing in NY on | 0.30 | 375.00 | 112.50 |

Nichols Kaster, PLLP                                                                                              Page: 14

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | discvoery issues last week. | | | |
| 2/4/2009 | EMD | Review and respond to email from opposing counsel re: meet and confer on discovery issues. | 0.60 | 375.00 | 225.00 |
| 2/4/2009 | EMD | Review draft of memorandum in support of class certification and meet with Paul J. Lukas and Law clerk on memorandum in support of class certification and possibility of finding additional plaintiffs. | 1.50 | 375.00 | 562.50 |
| 2/4/2009 | PJL | Review, Revise and Meeting with K. Ellison and M. Drake on Conditional Certification Memorandum. | 2.00 | 500.00 | 1,000.00 |
| 2/4/2009 | PJL | Meeting with M. Drake regarding Conditional Certification and Discovery. | 0.50 | 500.00 | 250.00 |
| 2/4/2009 | HJO | Email client regarding telephone conference with E. Michelle Drake. | 0.10 | 175.00 | 17.50 |
| 2/4/2009 | HJO | Review meet and confer email from E. Michelle Drake and updated case status regarding same. Met with E. Michelle Drake regarding same. Updated file regarding same. | 0.60 | 175.00 | 105.00 |
| 2/6/2009 | EMD | Review notes from meet and confer on outstanding discovery issues; draft letter to opposing counsel memorializing Plaintiff's position on Defendant's objections. | 1.80 | 375.00 | 675.00 |
| 2/6/2009 | HJO | Contacted client regarding responses. | 0.10 | 175.00 | 17.50 |
| 2/9/2009 | EMD | Email to Chris Good and Heather O'Neil re search terms for client email account. | 0.30 | 375.00 | 112.50 |
| 2/9/2009 | EMD | Telephone call with client re supplemental discovery responses. | 1.00 | 375.00 | 375.00 |
| 2/9/2009 | EMD | Email to client re supplemental discovery responses. | 0.90 | 375.00 | 337.50 |
| 2/9/2009 | EMD | Meet with Steven A. Smith re letter to opposing counsel. | 0.20 | 375.00 | 75.00 |
| 2/9/2009 | EMD | Email to Heather O'Neil re amended notices of deposition. | 0.10 | 375.00 | 37.50 |
| 2/9/2009 | EMD | Review and edit second request for documents and second set of interrogatories. | 2.00 | 375.00 | 750.00 |
| 2/9/2009 | HJO | Email with client regarding discovery responses. | 0.40 | 175.00 | 70.00 |
| 2/9/2009 | SAS | Met with E. Drake regarding letter to opposing counsel. | 0.20 | 425.00 | 85.00 |
| 2/9/2009 | SAS | Review letter to Kimmel regarding meet and confer. Met with E. Drake regarding meet and | 1.00 | 425.00 | 425.00 |

Nichols Kaster, PLLP                                                                                    Page: 15

confer.

|  |  |  |  |  |  |  | Sub-total Fees: | 88,831.25 |

**RATE SUMMARY**

| Name | Role | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Marina D Beatty | Class Action | 0.10 | hours at $ | 175.00 | /hr = $ | 17.50 |
| E. Michelle Drake | Associate | 112.45 | hours at $ | 375.00 | /hr = $ | 42,168.75 |
| Keilembo D. Ellison | Law Clerk | 20.10 | hours at $ | 175.00 | /hr = $ | 3,517.50 |
| Bryn Heimann | Law Clerk | 5.10 | hours at $ | 175.00 | /hr = $ | 892.50 |
| Paul J. Lukas | Partner | 5.20 | hours at $ | 500.00 | /hr = $ | 2,600.00 |
| Heather J. O'Neil | Paralegal | 35.60 | hours at $ | 175.00 | /hr = $ | 6,230.00 |
| Steven Andrew Smith | Partner | 78.60 | hours at $ | 425.00 | /hr = $ | 33,405.00 |

|  | Total Current Billing: | 88,831.25 |
|---|---|---|
|  | Previous Balance Due: | 0.00 |
|  | **Total Now Due:** $ | **88,831.25** |